## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMILLE PANIA; and RASHIYA AL-NURRIDIN, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC,<br><br>                Defendants. | Civil Action No. <u>1:24-cv-7127</u> |

## **DECLARATION OF TYLER SOMES IN SUPPORT OF PRO HAC VICE ADMISSION**

I, Tyler Somes, declare as follows:

    1.    I am an attorney with the law firm Hedin LLP, counsel for Plaintiff Camille Pania and RaShiya Al-Nurridin in the above captioned matter. I submit this Declaration in support of my Motion for Pro Hac Vice Admission.

    2.    I am a member in good standing of the bar the District of Columbia and I have attached a Certificate of Good Standing issued within the last thirty (30) days.

    3.    I have never been convicted of a felony.

    4.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

    5.    There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2024        Respectfully submitted,

<u>/s/ Tyler Somes</u>

Tyler Somes
**HEDIN LLP**
1100 15th Street NW, Suite 04-108
Washington DC, 20005
Tel: (202) 900-3332
E-mail: tsomes@hedinllp.com