AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| Camille Pania et. al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:24-cv-07127-MKV |
| Crunch Holdings, LLC et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Crunch Holdings, LLC, Crunch, LLC and Crunch Franchising, LLC                                      .

Date:      11/14/2024

/s/ Elana H. Somers
*Attorney's signature*

Elana H. Somers
*Printed name and bar number*

Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

*Address*

elana.somers@sidley.com
*E-mail address*

(212) 839-5759
*Telephone number*

*FAX number*