IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMILLE PANIA; and RASHIYA ALNURRIDIN, individually and on behalf of all others similarly situated,, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC<br><br>Defendants. | Case No. 1:24-cv-7127-MVK<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Ian M. Ross, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC in the above-captioned action.

I am in good standing of the bar of the state of Florida and Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Please find my declaration pursuant to Local Rule 1.3 annexed hereto.

Dated: November 18, 2024

By: */s/ Ian M. Ross*
Ian M. Ross
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email: iross@sidley.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMILLE PANIA; and RASHIYA ALNURRIDIN, individually and on behalf of all others similarly situated,, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC<br><br>Defendants. | Case No. 1:24-cv-7127-MVK<br><br>**DECLARATION OF IAN M. ROSS IN SUPPORT OF MOTION FOR <u>ADMISSION PRO HAC VICE</u>** |

Pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, I, Ian M. Ross, declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct:

1. My name is Ian M. Ross. I have personal knowledge of the facts stated herein.

2. I am a partner with the law firm of Sidley Austin LLP.

3. I submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter to appear as counsel for defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC.

4. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Florida and Illinois.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no proceedings pending against me in any state or federal court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information I have provided is true and accurate. I also understand that the Court retains the right to deny my admission based upon the content of the responses herein.

Executed on this 18 day of November 2024.

                                              SIDLEY AUSTIN LLP

                                              By: */s/ Ian M. Ross*
                                              Ian M. Ross
                                              SIDLEY AUSTIN LLP
                                              1001 Brickell Bay Drive
                                              Miami, FL 33131
                                              Telephone: (305) 391-5100
                                              Facsimile: (305) 391-5101
                                              Email: iross@sidley.com

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Ian Matthew Ross

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2005 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 15th day of November, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**IAN M ROSS**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **SEPTEMBER 22, 2011,** *is presently in good standing, and that the private and professional character of the attorney appears to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this NOVEMBER 4, 2024.*

_____
*Clerk of the Supreme Court of Florida*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMILLE PANIA; and RASHIYA ALNURRIDIN, individually and on behalf of all others similarly situated,, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC<br><br>Defendants. | Case No. 1:24-cv-7127-MVK<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Ian M. Ross, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Ian M. Ross has declared that he is a member in good standing of the bar of the states of Florida and Illinois and that his contact information is as follows:

Ian M. Ross
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email: iross@sidley.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Ian M. Ross is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
Honorable Mary Kay Vyskocil
United States District Judge