```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMILLE PANIA; and RASHIYA AL-NURRIDIN, individually and on behalf of all others similarly situated,

                        Plaintiffs,

-against-

CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC,

                        Defendants.

1:24-cv-007127 (MKV)

**SCHEDULING ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

Defendants submitted a request for a pre-motion conference on its anticipated motion to dismiss the Plaintiff's complaint. [ECF No. 18]. Plaintiffs oppose the request and indicate that they plan to separately seek leave to conduct discovery on related subjects. [ECF No. 21]. After reviewing the arguments set out in the parties' submissions, the motion for a pre-motion conference is DENIED, and defendant is GRANTED leave to file a motion to compel arbitration on the schedule set forth below.

IT IS FURTHER ORDERED Defendant must file its motion to compel arbitration on or before December 13, 2024. Further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

**Dated: November 22, 2022**
      **New York, New York**

                                                    _____
                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**