# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CAMILLE PANIA and RASHIYA ALNURRIDIN, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC<br><br>    Defendants. | Case No. 1:24-cv-7127-MKV<br><br>**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel of record for CRUNCH HOLDINGS, LLC certifies that Defendant CRUNCH HOLDINGS, LLC's parent is Champion Purchaser Holdings, LLC, a Delaware limited liability company. No publicly held corporation owns more than 10% of Defendant CRUNCH HOLDINGS, LLC's stock.

Dated: December 13, 2024
    New York, New York

Respectfully submitted,

*/s/ Elana H. Somers*
Elana H. Somers
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: elana.somers@sidley.com

Ian M. Ross (*pro hac vice*)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101

Email: iross@sidley.com

*Counsel for Defendant Crunch Holdings, LLC*