IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMILLE PANIA and RASHIYA ALNURRIDIN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC<br><br>Defendants. | Case No. 1:24-cv-7127-MKV<br><br>**NOTICE OF MOTION TO COMPEL ARBITRATION** |

**PLEASE TAKE NOTICE** that, pursuant to Sections 3 and 4 of the Federal Arbitration Act, see 9 U.S.C. §§ 3, 4, and upon the accompanying Memorandum of Law and Declaration of Chad Waetzig, Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC respectfully move this Court, before the Honorable Mary Kay Vyskocil, U.S.D.J., at the United States Courthouse for the Southern District of New York located at 500 Pearl St., New York, NY 10007, on a date and at a time to be designated by the Court, for an order compelling arbitration and staying this proceeding pending resolution of the arbitration.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order dated October 15, 2024, answering papers, if any, must be served by December 27, 2024.

By: */s/ Elana H. Somers*
Elana H. Somers
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: elana.somers@sidley.com

1

Ian M. Ross (*pro hac vice*)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email: iross@sidley.com

*Counsel for Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch LLC*