# EXHIBIT A

# Account Information

Let's get closer. Tell us more about yourself so we can get your account set-up. It's almost Crunch-time!

**Create Your Account** Edit

**Address** Edit

**Payment** Edit

☐ I agree to the Membership Terms & Conditions

I understand that the monthly dues will be $29.99 (plus any applicable taxes & fees) and will be transferred each month from monthly recurring & annual dues payment method chosen today. I understand that there will be an annual fee of $54.11 (plus any applicable taxes & fees). Click on Membership Terms & Conditions above for applicable charge date or contact your club.

COMPLETE PURCHASE

**Location**

**Plano** Edit

1701 Preston Rd
Plano, TX 75093

**Membership Summary**

**Peak Results** Edit

| | |
|---|---|
| **Monthly Dues** | |
| Monthly Fee | $29.99 |
| Monthly Processing Fee | $2.00 |
| Bank Payment Discount | -$2.00 |
| Total | $29.99 |
| **Annual Dues** | |
| Annual Fee* | $54.11 |

**Due Today**

| | |
|---|---|
| Enrollment Fee | $75.00 |
| 1st Month Dues | $29.99 |
| Annual Fee (Pro-Rated) | $8.33 |
| Subtotal | $113.32 |
| Taxes | $9.35 |

TOTAL $122.67

HAVE A PROMO CODE? APPLY


