# HEDIN LLP

1100 15th Street NW, Suite 04-108　　　　　　　　　　　　　　　　　　　　　　　　**Tyler K. Somes**
Washington DC, 20005　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 900-3322
www.hedinllp.com　　　　　　　　　　　　　　　　　　　　　　　　　　　tsomes@hedinllp.com

December 20, 2024

**VIA ECF**

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**　*Pania et al. v. Crunch Holdings, LLC*, No. 1:24-cv-7127-MKV

Dear Judge Vyskocil:

　　We represent Plaintiffs Camille Pania and Rashiya Al-Nurridin ("Plaintiffs") in the above-referenced action. Pursuant to Rule 7.1(d) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rule 2(G) of this Court's Individual Rules, we write to request that Plaintiffs' deadline to oppose Defendants' Motion to Compel Arbitration (ECF No. 26), currently December 27, 2024, be extended to January 20, 2025. Defendants consent to this request.

　　This is Plaintiffs' first request for an extension of its deadline to respond to the Motion to Compel Arbitration. Plaintiffs respectfully submit that there is a good cause for the extension given that Plaintiffs' counsel is evaluating whether to seek discovery from Defendant on contract formation issues which bear directly on the Motion to Compel Arbitration. Plaintiffs' counsel also has several deadlines in other matters which require their attention over the next week.

　　This request will not affect any other deadlines currently scheduled in this case.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　s/ Tyler K. Somes

　　　　　　　　　　　　　　　　　　　　　　　　Tyler K. Somes
　　　　　　　　　　　　　　　　　　　　　　　　Hedin LLP
　　　　　　　　　　　　　　　　　　　　　　　　1100 15th Street NW, St. 04-108
　　　　　　　　　　　　　　　　　　　　　　　　Washington DC, 20005
　　　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 900-3332
　　　　　　　　　　　　　　　　　　　　　　　　Email: tsomes@hedinllp.com

Cc: Counsel of Record via CM/ECF　　　　　　　　　　　*Counsel for Plaintiffs*