USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2024

# HEDIN LLP

1100 15th Street NW, Suite 04-108　　　　　　　　　　　　　　　　　　　　　　　　**Tyler K. Somes**
Washington DC, 20005　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 900-3322
www.hedinllp.com　　　　　　　　　　　　　　　　　　　　　　　　　　　　tsomes@hedinllp.com

December 20, 2024

**VIA ECF**

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**　*Pania et al. v. Crunch Holdings, LLC*, No. 1:24-cv-7127-MKV

Dear Judge Vyskocil:

　　We represent Plaintiffs Camille Pania and Rashiya Al-Nurridin ("Plaintiffs") in the above-referenced action. Pursuant to Rule 7.1(d) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rule 2(G) of this Court's Individual Rules, we write to request that Plaintiffs' deadline to oppose Defendants' Motion to Compel Arbitration (ECF No. 26), currently December 27, 2024, be extended to January 20, 2025. Defendants consent to this request.

　　This is Plaintiffs' first request for an extension of its deadline to respond to the Motion to Compel Arbitration. Plaintiffs respectfully submit that there is a good cause for the extension given that Plaintiffs' counsel is evaluating whether to seek discovery from Defendant on contract formation issues which bear directly on the Motion to Compel Arbitration. Plaintiffs' counsel also has several deadlines in other matters which require their attention over the next week.

　　This request will not affect any other deadlines currently scheduled in this case.

> Plaintiffs' request to extend the deadline to oppose Defendant's Motion to Compel Arbitration is HEREBY GRANTED. Accordingly, the deadline for Defendant's reply is HEREBY extended to seven days after service of Plaintiffs' opposition.
> SO ORDERED.
>
> Date: 12/23/2024　　　　*/s/ Mary Kay Vyskocil*
> New York, New York　　　Mary Kay Vyskocil
> 　　　　　　　　　　　　United States District Judge

Respectfully submitted,

s/ Tyler K. Somes

Tyler K. Somes
Hedin LLP
1100 15th Street NW, St. 04-108
Washington DC, 20005
Phone: (202) 900-3332
Email: tsomes@hedinllp.com

Cc: Counsel of Record via CM/ECF　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*