

SIDLEY AUSTIN LLP  
1001 BRICKELL BAY DRIVE  
SUITE 900  
MIAMI, FL 33131  
+1 305 391 5100  
+1 305 391 5101 FAX

+1 305 391 5218  
IROSS@SIDLEY.COM

January 15, 2024

**By ECF and Facsimile**

The Honorable Mary Kay Vyskocil  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312

    Re:    *Pania et al. v. Crunch Holdings, LLC*, No. 1:24-cv-7127-MKV  
            Unopposed Letter Motion Seeking Leave to file Amended Motion to Compel and for Entry of Briefing Schedule

Dear Judge Vyskocil:

    We represent Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC (collectively, "Defendants") in the above-referenced action. The parties have met and conferred regarding Defendants' Motion to Compel Arbitration and Stay Proceedings and accompanying filings, ECF Nos. 26-28 (collectively, the "Motion"), and Plaintiffs' request to take limited discovery relating to certain contract formation issues relevant to the Motion. In the course of the parties' meet and confer efforts, Defendants determined that the form of membership agreement attached to and referenced in the Motion was inadvertently a form used in 2024, not 2023, when Plaintiffs signed up for their Crunch membership. Defendants have produced the 2023 forms of the membership agreement to Plaintiffs, and the parties have met and conferred regarding the filing of an amended Motion, and the discovery sought by Plaintiffs. The parties have negotiated and agreed on a schedule for the discovery requested by Plaintiffs and the briefing of the Motion.

    The parties jointly request that the Court enter the following schedule for discovery and briefing relating to the Motion:

| Event | Deadline |
|---|---|
| Defendants file amended Motion and memoranda of law (with supporting declarations) | January 17 |

Sidley Austin (FL) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

Page 2

| Plaintiffs serve written discovery (as negotiated by the parties) | January 24 |
|---|---|
| Defendants respond to written discovery (as negotiated by the parties) | February 5 |
| Parties to resolve open discovery issues and complete one deposition (via Zoom) | February 6 - 28 |
| Plaintiffs' Opposition to Defendants' Motion | March 14 |
| Defendants' Reply in support of Motion | March 28 |

The parties respectfully submit that there is good cause for the entry of the proposed schedule and respectfully note that, in Plaintiffs' prior submission to the Court in December, Plaintiffs had contemplated the possibility that they would seek limited discovery relating to certain contract formation issues in the Motion. The parties respectfully submit that it would be in the interests of judicial economy and preserve the Court and parties' resources to (1) allow Defendants to file their amended Motion, so the 2023 version of the membership agreement that Defendants contend Plaintiff agreed to is presented with the Motion, and (2) allow the parties to complete the limited discovery they have negotiated before their briefing is completed, so that any factual disputes relating to the Motion are presented to the Court in a single set of briefing.

Thank you for the Court's attention to this matter.

Respectfully submitted,

*/s/ Ian M. Ross*
Ian M. Ross

*Counsel for Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC*

cc:   Counsel of record (via ECF)