IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMILLE PANIA and RASHIYA ALNURRIDIN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CRUNCH HOLDINGS, LLC, CRUNCH FRANCHISING, LLC, and CRUNCH, LLC,<br><br>Defendants. | Case No. 1:24-cv-7127-MKV<br><br>**NOTICE OF AMENDED MOTION TO COMPEL ARBITRATION** |

**PLEASE TAKE NOTICE** that, pursuant to Sections 3 and 4 of the Federal Arbitration Act, see 9 U.S.C. §§ 3, 4, and upon the accompanying Amended Memorandum of Law and Declaration of Chad Waetzig, Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC respectfully move this Court, before the Honorable Mary Kay Vyskocil, U.S.D.J., at the United States Courthouse for the Southern District of New York located at 500 Pearl St., New York, NY 10007, on a date and at a time to be designated by the Court, for an order compelling arbitration and staying this proceeding pending resolution of the arbitration.[1]

By: */s/ Elana H. Somers*
Elana H. Somers
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: elana.somers@sidley.com

---

[1] This Amended Motion and Amended Memorandum of Law is filed with Plaintiffs' consent, in connection with the parties' agreement that the time for Plaintiff's response is extended until March 14, and as part of the parties' agreement as set forth in their January 15, 2025 letter to the Court.

1

Ian M. Ross (*pro hac vice*)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email: iross@sidley.com

*Counsel for Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch LLC*