# HEDIN LLP

1100 15th Street NW, Suite 04-108      **Tyler K. Somes**
Washington DC, 20005      (202) 900-3322
www.hedinllp.com      tsomes@hedinllp.com

March 12, 2025

**VIA ECF**

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Pania et al. v. Crunch Holdings, LLC et al.*, No. 1:24-cv-7127-MKV

Dear Judge Vyskocil:

    We represent Plaintiffs Camille Pania and Rashiya Al-Nurridin ("Plaintiffs") in the above-referenced action. Pursuant to Rule 7.1(d) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rule 2(G) of this Court's Individual Rules, we write to request that Plaintiffs' deadline to oppose Defendants' Motion to Compel Arbitration (ECF No. 26), currently March 14, 2025, be extended to March 28, 2025. Defendants consent to this request.

    This is Plaintiffs' second request for an extension of its deadline to respond to the Motion to Compel Arbitration (the first request was granted). Good cause exists to grant this extension because the parties are engaged in discussions regarding a potential resolution of this matter and the requested additional time will allow the Parties to complete those discussions. Further, an extension will result in preserving the Court's resources and time and potentially avoid unnecessary motion practice as the outcome of the settlement negotiations may result in the dismissal of this Action.

    This request will not affect any other deadlines currently scheduled in this case.

    Respectfully submitted,

    *s/ Tyler K. Somes*

    Tyler K. Somes
    Hedin LLP
    1100 15th Street NW, St. 04-108
    Washington DC, 20005
    Phone: (202) 900-3332
    Email: tsomes@hedinllp.com

Cc: Counsel of Record via CM/ECF      *Counsel for Plaintiffs*