# HEDIN LLP

1100 15th Street NW, Suite 04-108
Washington DC, 20005
www.hedinllp.com

**Tyler K. Somes**
(202) 900-3322
tsomes@hedinllp.com

March 12, 2025

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/13/25 |

**VIA ECF**

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Pania et al. v. Crunch Holdings, LLC et al.*, No. 1:24-cv-7127-MKV

Dear Judge Vyskocil:

We represent Plaintiffs Camille Pania and Rashiya Al-Nurridin ("Plaintiffs") in the above-referenced action. Pursuant to Rule 7.1(d) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rule 2(G) of this Court's Individual Rules, we write to request that Plaintiffs' deadline to oppose Defendants' Motion to Compel Arbitration (ECF No. 26), currently March 14, 2025, be extended to March 28, 2025. Defendants consent to this request.

This is Plaintiffs' second request for an extension of its deadline to respond to the Motion to Compel Arbitration (the first request was granted). Good cause exists to grant this extension because the parties are engaged in discussions regarding a potential resolution of this matter and the requested additional time will allow the Parties to complete those discussions. Further, an extension will result in preserving the Court's resources and time and potentially avoid unnecessary motion practice as the outcome of the settlement negotiations may result in the dismissal of this Action.

This request will not affect any other deadlines currently scheduled in this case.

GRANTED.
The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.
SO ORDERED.

Date: 3/13/2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

*s/ Tyler K. Somes*

Tyler K. Somes
Hedin LLP
1100 15th Street NW, St. 04-108
Washington DC, 20005
Phone: (202) 900-3332
Email: tsomes@hedinllp.com

*Counsel for Plaintiffs*

Cc: Counsel of Record via CM/ECF