IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMILLE PANIA and RASHIYA ALNURRIDIN, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>CRUNCH HOLDINGS, LLC, CRUNCH FRANCHISING, LLC, and CRUNCH, LLC,<br><br>    Defendants. | Case No. 1:24-cv-7127-MKV<br><br>**DECLARATION OF ELANA H. SOMERS** |

Elana H. Somers, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a managing associate at the law firm Sidley Austin LLP ("Sidley Austin"), counsel for Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch LLC in this matter. I submit this declaration in compliance with Local Civil Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving Sidley Austin.

2. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

3. Sidley Austin will continue to represent Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch LLC in this matter.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2025

By: */s/ Elana H. Somers*
Elana H. Somers
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: elana.somers@sidley.com

*Counsel for Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch LLC*