AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Camille Pania et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-07127-MKV |
| Crunch Holdings, LLC et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Crunch Holdings, LLC, Crunch, LLC, and Crunch Franchising, LLC.

Date:   03/25/2025

/s/ James R. Horner
*Attorney's signature*

James R. Horner
*Printed name and bar number*

Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
*Address*

jhorner@sidley.com
*E-mail address*

(212) 839-5300
*Telephone number*

(212) 839-5599
*FAX number*