## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMILLE PANIA and RASHIYA AL-NURRIDIN, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CRUNCH HOLDINGS, LLC, CRUNCH FRANCHISING, LLC, and CRUNCH, LLC,<br><br>        Defendants. | Case No. 1:24-cv-07127-MKV<br><br>**JOINT NOTICE OF RESOLUTION** |

Plaintiffs, Camille Pania and Rashiya Al-Nurridin ("Plaintiffs"), and Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC, ("Defendants") by and through undersigned counsel, provide notice to the Court that the above-captioned case has been settled between the parties, and state:

1. The parties have reached an agreement and are in the process of preparing a formal settlement agreement containing the agreed-upon terms. Once the terms of the Agreement have been fulfilled, the Plaintiffs will submit a Notice of Voluntary Dismissal with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

3. The parties further respectfully request that the Court provide that the parties may seek to reopen the matter for sixty (60) days to assure that the terms of the Agreement have been satisfied.

1

| | |
|---|---|
| Dated: March 28, 2025 | Respectfully submitted, |

<div style="margin-left: 40%;">

s/ Matthew J. Langley
Matthew J. Langley
New York Bar No. 4831749
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
Tel.: 708-529-5418
Email: matt@almeidalawgroup.com

Tyler Somes (*pro hac vice*)
**HEDIN LLP**
1100 15th Street NW, Suite 04-108
Washington, DC 20005
Tel.: 202-900-3332
Email: tsomes@hedinllp.com

Elliot Jackson
New York Bar No. 6076798
**HEDIN LLP**
1395 Brickell Ave, Ste. 610
Miami, FL 33131
Tel.: 305-357-2107
Email: ejackson@hedinllp.com

*Counsel for Plaintiffs*


s/ Ian M. Ross
Ian M. Ross (*pro hac vice*)
**SIDLEY AUSTIN LLP**
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email: iross@sidley.com

*Counsel for Defendants*

</div>