USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMILLE PANIA and RASHIYA ALNURRIDIN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CRUNCH HOLDINGS, LLC, CRUNCH FRANCHISING, LLC, and CRUNCH, LLC,<br><br>Defendants. | Case No. 1:24-cv-7127-MKV<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Elana H. Somers, I hereby move this Court to withdraw my appearance for Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch LLC, and to remove my name from the ECF service lists in the above-captioned action.

Date: March 24, 2025

By: */s/ Elana H. Somers*
Elana H. Somers
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: elana.somers@sidley.com

*Counsel for Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch LLC*

---

**Granted. SO ORDERED.**

Date: March 31, 2025
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge